UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DONOVAN WADE, | § |
|     Plaintiff | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:11-CV-246 |
| | § |
| ALLSTATE TEXAS LLOYDS, | § |
|     Defendant. | § |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Objection to Removal and Motion to Remand (Dkt. 7) should be DENIED.

The court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Plaintiff's Objection to Removal and Motion to Remand (Dkt. 7) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 18th day of July, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE